389 A.2d 158

Commonwealth v. Andoloro, Appellant.

Submitted September 12, 1977. Malcolm M. Limongelli, First Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents based on *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977).

WATKINS, former P. J., did not participate in the consideration or decision of this case.